## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LISA ROVINSKY AND JOSEPH ROVINSKY,

                Petitioners

           v.

LOURDESMONT/GOOD SHEPHERD YOUTH AND FAMILY SERVICES, SISTERS OF THE GOOD SHEPHERD PROVINCE OF MID-NORTH AMERICA, METZ & ASSOCIATES, LTD, AND METZ CULINARY MANAGEMENT,

                Respondents

: No. 527 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.